FILED

2021 NOV 22 PM 12:31

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> Robert Turner <br> DEFENDANT(S) | CASE NUMBER **21MJ05358** <br> 1:21-mj-00644 <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Criminal Complaint__
in the __US District Court for the__ District of __Columbia__ on __11/03/2021__
at __10:42__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __01/06/2021__
in violation of Title __18 U.S.C.__ U.S.C., Section(s) __231(a)(3), 2; 111(a)(1), 2; 1512(c)(2); 1752(a)(1)(a)__
to wit: _____

A warrant for defendant's arrest was issued by: __U.S. Magistrate Judge G. Michael Harvey__

Bond of $ __∅__ was ☒ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/22/2021__
Date

__Chad Warren__
Signature of Agent

__Chad Warren__
Print Name of Agent

__FBI__
Agency

__Special Agent__
Title