Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED

2021 NOV 22 PM 12:31

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA v. | PLAINTIFF | CASE NUMBER: 1:21-mj-00644 |
|---|---|---|
| ROBERT TURNER USMS# _____ | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ05358**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/22/2021 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 231(a)(3), 2; 18 U.S.C. 111(a)(1),2; 18 U.S.C.1512(c)(2),2; 18 U.S.C. 1752(a)(1)&(a)(2); 40 U.S.C. 510

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: N/A

7. Year of Birth: /1982

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: N/A Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: Chad Warren (please print)

12. Office Phone Number: 415-926-0970

13. Agency: FBI

14. Signature: *Chad Warren*

15. Date: 11/22/2021

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION